**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Ansel J. Halliburton (Bar No. 282906)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ansel@KRInternetLaw.com

Attorneys for Plaintiff Doe 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **DOE 1**, an individual, | Case No. 16-cv-00545-EDL |
| Plaintiff, | |
| v. | **PLAINTIFF DOE 1'S NOTICE OF DISMISSAL** |
| **MICROSOFT CORPORATION**, a Washington corporation; and **JEH CHARLES JOHNSON**, Secretary of the Department of Homeland Security, in his official capacity, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through its undersigned counsel, hereby voluntarily dismisses without prejudice all claims in the above-captioned action.

Respectfully Submitted,

Dated: February 22, 2016     **KRONENBERGER ROSENFELD, LLP**

By:   s/ Karl S. Kronenberger
      Karl S. Kronenberger

Attorneys for Plaintiff Doe 1

Case No. 16-cv-00545-EDL     1     **PLAINTIFF'S NOTICE OF DISMISSAL**